UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Scotty White**, | No. 5:21-cv-02335-JRA |
| Plaintiff, | |
| | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | **WITH PREJUDICE** |
| **CPACS, Inc.**, et al., | |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scotty White, by and through undersigned counsel, gives notice of voluntarily dismissing his claims in the Complaint and all claims and causes of actions set forth therein, with prejudice, against the Defendants, each party to pay his, her, or its attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 15th Day of March, 2022.

BENDAU & BENDAU PLLC

By: /s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II (OH No. 0089601)
Christopher J. Bendau
BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Email: cliffordbendau@bendaulaw.com
        chris@bendaulaw.com

THE LAW OFFICES OF SIMON & SIMON

By: /s/ *James L. Simon*
James L. Simon (OH No. 0089483)
6000 Freedom Square Dr.
Independence, OH 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: jameslsimonlaw@yahoo.com